## DANIEL v. THE STATE.

CANDLER, J. 1. The refusal of the trial judge to follow the recommendation of the jury that one found guilty of assault with intent to murder be punished as for a misdemeanor is not cause for a new trial, as such recommendations are entirely subject to the approval of the court. Penal Code, § 1036; *Echols* v. *State*, 109 *Ga.* 510.

2. The evidence introduced by the State, while circumstantial in character and conflicting with that offered by the accused, was sufficient to support a conviction. *Judgment affirmed. By five Justices.*

Argued March 16, — Decided April 6, 1903.

Indictment for assault with intent to murder. Before Judge Gober. Cobb superior court. January 31, 1903.

*J. E. Mozley* and *H. B. Moss*, for plaintiff in error.

*B. F. Simpson, solicitor-general,* contra.